Gustave E. Lovegren, administrator of the estate of Ben Lovegren, deceased, defendant in error, v. Emil Dahlberg, plaintiff in error. Gen. No. 37,187.

Heard in the first division of this court for the first district at the December term, 1933. Opinion filed April 30, 1934. Rehearing denied May 14, 1934.

Daniel Anderson and Edward G. Berglund, for plaintiff in error. Rathje, Wesemann, Hinckley & Barnard, for defendant in error; Francis E. Hinckley, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Paysoff Tinkoff, appellant, v. George W. Griffiths, appellee. Gen. No. 37,244.

Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 30, 1934. Rehearing denied May 14, 1934.

Paysoff Tinkoff, for appellant. Campbell, Clithero & Fischer, for appellee; Carlton L. Fischer and George W. Pierce, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Ida Hitchcock Blood, appellee, v. The Wm. Meyer Company, appellant. Gen. No. 37,296.

Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 30, 1934. Rehearing denied May 14, 1934.

Rathje & Connor, for appellant. Miles J. Fitzpatrick, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Chicago Title and Trust Company, defendant in error, v. Helen G. Henley and Eugene H. Henley, plaintiffs in error. Gen. No. 37,328.

Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 30, 1934.

West & Eckhart, for plaintiffs in error; John Neal Campbell and Joseph D. Bryan, of counsel. Holland F. FlaHavhan, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.